USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HELYANE SEIDMAN, :
:
               Plaintiff, :
:      19-cv-8343 (LJL)
   -v- :
:      ORDER
AUTHENTIC BRANDS GROUP LLC, :
:
               Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes.

    Pending further order from the Court, discovery in this case is STAYED except for the following limited document discovery. Plaintiff shall produce, to Defendant, any evidence with respect to the actual damages that Plaintiff claims she suffered, including any licensing fee. Plaintiff shall also disclose whether or not she has a license from the artist of the sculpture. Defendant shall produce, to Plaintiff, any documents with respect to revenue earned in connection with the display of the photograph.

    IT IS FURTHER ORDERED that the parties shall convene for a status conference on April 10, 2020 at 4:00 p.m. The Court will take up the proposed case management plan at that time.

    SO ORDERED.

Dated: March 10, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge