```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HELYANE SEIDMAN,                                                  :
                                                                  :
                        Plaintiff,                                :
                                                                  :      19-cv-8343 (LJL)
        -v-                                                       :
                                                                  :          ORDER
AUTHENTIC BRANDS GROUP LLC,                                       :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

LEWIS J. LIMAN, United States District Judge:

The parties are ordered to appear for a telephonic post-discovery conference on Tuesday, November 10, 2020 at 3:00 p.m. Parties are directed to dial-in to the Court's teleconference number at 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: October 14, 2020
       New York, New York

                                                        _____
                                                                LEWIS J. LIMAN
                                                        United States District Judge